# In The United States Court of Federal Claims

No. 11-294C

(Filed: May 16, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

   and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

On May 13, 2011, a telephonic status conference was held in this case. Participating in the conference were John J. O'Brien, for plaintiff, Daniel B. Volk, for defendant, and Steve Pozefsky, for defendant-intervenor. Pursuant to discussions during the conference, the court adopts the following schedule:

1.     On or before May 18, 2011, defendant shall file the administrative record on CD-ROM and effectuate service to all parties;

2.     On or before May 20, 2011, defendant and defendant-intervenor shall file their responses to plaintiff's motion for a preliminary injunction;

3.     On or before May 24, 2011, plaintiff shall file its reply to its motion for a preliminary injunction; and

4. A telephonic oral argument on plaintiff's motion for preliminary injunction will be held in this case on May 26, 2011, at 12:30 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
