# In The United States Court of Federal Claims

No. 11-294C

(Filed: May 25, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

   and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

    A telephonic oral argument on plaintiff's motion for preliminary injunction will be held in this case on May 26, 2011, at 12:30 p.m. (EDT).  Plaintiff will be limited to forty-five minutes for oral argument.  Defendant and defendant-intervenor will have forty-five minutes in total for oral argument, to be allocated amongst themselves.

    **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge