# In The United States Court of Federal Claims

No. 11-294C

(Filed: June 2, 2011)

_____

| | |
|---|---|
| NETSTAR-1 GOVERNMENT CONSULTING, INC., | |
|     Plaintiff, | |
|     v. | |
| THE UNITED STATES, | |
|     Defendant, | |
|  and | |
| ALON, INC., | |
|     Defendant-Intervenor. | |

_____

**ORDER**

_____

On May 31, 2011, the parties filed a joint status report proposing a schedule for future proceedings in this case. The court adopts the proposed schedule, in part. Accordingly:

1. On or before June 29, 2011, the parties shall simultaneously file their respective motions for judgment on the administrative record and supporting briefs;

2. On or before July 29, 2011, the parties shall simultaneously file their responses to the opposing motions for judgment on the administrative record; and

3. The court will contact the parties telephonically to arrange a date for oral argument.

**IT IS SO ORDERED**.

                s/ Francis M. Allegra
                Francis M. Allegra
                Judge