# In The United States Court of Federal Claims

No. 11-294C

(Filed: June 30, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

   and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

On June 29, 2011, plaintiff filed a motion for permanent injunction and a memorandum in support of plaintiff's motion for permanent injunctive relief and judgment on the administrative record.  Plaintiff's filings have two deficiencies.  First, plaintiff did not sign the motion, as required by RCFC 11(a).  Second, plaintiff's motion and memorandum exceed the length requirements set forth in RCFC 5.4(b)(1).  Accordingly:

1. Plaintiff's motion and memorandum are hereby **stricken**; and

2. On or before July 1, 2011, plaintiff shall file a corrected motion for judgment on the administrative record with attached memorandum.

**IT IS SO ORDERED**.

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge