# In The United States Court of Federal Claims

No. 11-294C

(Filed: August 10, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

   and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

     Oral argument will be held in this case on Wednesday, September 14, 2011, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge