# In The United States Court of Federal Claims

No. 11-294C

(Filed:  August 10, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

Today, defendant filed a notice of corrective action and motion to dismiss.  On or before August 17, 2012, plaintiff shall file its response to defendant's motion.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge