# In The United States Court of Federal Claims

No. 11-294C

(Filed: September 6, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**
_____

On September 14, 2011, oral argument on the parties' motions for judgment on the administrative record will be held. Plaintiff and defendant will be limited to forty-five minutes per side and defendant-intervenor will be limited to fifteen minutes. The order the court will hear from the parties is defendant, defendant-intervenor, and then plaintiff.

    **IT IS SO ORDERED**.

                          s/ Francis M. Allegra
                          Francis M. Allegra
                          Judge