# In The United States Court of Federal Claims

No. 11-294C

(Filed: October 14, 2011)

_____

NETSTAR-1 GOVERNMENT
CONSULTING, INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant,

    and

ALON, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

    On October 13, 2011, plaintiff and defendant each filed motions to redact Sealed Opinion and Order in this case. The court will treat these motions as notices to redact and will address both accordingly.

    **IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge